# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KEVIN ALLEN, | Case No. CV 20-00986 TJH (RAO) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation ("Report"), and Petitioner's objections to the Report. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on April 1, 2020, to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: JUNE 5, 2020

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE