1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   KEVIN ALLEN,                          Case No. CV 20-00986 TJH (RAO)
12                    Petitioner,
13          v.                             JUDGMENT
14   C. PFEIFFER, Warden,
15                    Respondent.
16
17          Pursuant to the Court's Order Accepting Findings, Conclusions, and
18   Recommendations of United States Magistrate Judge,
19          IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action
20   is dismissed with prejudice.
21
22   DATED:  JUNE 5, 2020
23                                         _____
24                                         TERRY J. HATTER, JR.
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28